IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LARRY D. KEEPER                                                                  PETITIONER
Fed. Reg. #27706-044

V.                                    NO.  2:08cv00007 SWW

T.C. OUTLAW, Warden,                                                         RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the petitioner's objections, and has further reviewed the record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 2), thereby dismissing this case in its entirety without prejudice.

IT IS SO ORDERED this 24th day of February 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE